# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 23, 2023

## NO. 03-21-00281-CV

**Meritage Homes of Texas, LLC, Appellant**

**v.**

**Sophie Pouye and Cheikh Toure, Appellees**

**APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES BAKER, SMITH, AND THEOFANIS
REVERSED AND REMANDED ON MOTION FOR REHEARING --
OPINION BY JUSTICE THEOFANIS**

This is an appeal from the interlocutory order signed by the trial court on June 2, 2021. Meritage Homes of Texas, LLC has filed a motion for rehearing, and having reviewed the motion, the record, and the parties' arguments, we grant the motion for rehearing. The Court therefore withdraws its opinion and judgment from February 15, 2023. The Court holds that there was reversible error in the trial court's interlocutory order and reverses the trial court's interlocutory order. The Court remands the case to the trial court for proceedings consistent with the Court's opinion. The appellees shall pay all costs relating to this appeal, both in this Court and in the court below.